1
2
3
4
5

6              UNITED STATES DISTRICT COURT

7            SOUTHERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,              Case No.:  23-cr-0057-JO

10                          Plaintiff,      **ORDER CONTINUING MOTION**
                                            **HEARING/TRIAL SETTING**
11   v.

12   JESUS JEOVANNY ALCARAZ-VALDEZ,

13                          Defendant.

14

15          On February 2, 2023, the parties filed a Joint Motion to Continue the Motion

16   Hearing/Trial Setting currently set for February 10, 2023, to April 7, 2023. For good cause

17   appearing, the Court GRANTS the joint motion to continue [Dkt. 22] and sets the Motion

18   Hearing/Trial Setting on April 7, 2023 at 11:00 a.m.

19          For the reasons set forth in the joint motion, the Court finds that the ends of justice

20   will be served by granting the requested continuance, and these outweigh the interests of

21   the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this

22   continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). Time is excluded from

23   February 10, 2023, to April 7, 2023.

24          IT IS SO ORDERED.

25   Dated: 2/2/23

26                                          Hon. Jinsook Ohta
                                            UNITED STATES DISTRICT JUDGE
27

28